## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Charles R. Marhoefer

   Debtor(s)

CHAPTER 13

BKY. NO. 14-10575


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of FEDERAL HOME LOAN MORTGAGE
CORPORATION, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: tar)


       Respectfully submitted,


       **/s/ James C. Warmbrodt, Esquire**
       James C. Warmbrodt, Esquire
       jwarmbrodt@kmllawgroup.com
       Attorney I.D. No. 42524
       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 19106
       Phone: 215-825-6306
       Fax: 215-825-6406
       Attorney for Movant/Applicant