**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-10575-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Charles R. Marhoefer
13143 West Lake Road
East Springfield PA 16411

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/12/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Nationstar Mortgage, LLC., Attn: Bankruptcy Department, P O Box 630267, Irving, TX 75063

Name and Address of Transferee:

LSF9 Master Participation Trust
C/O Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/14/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-10575-TPA
Charles R. Marhoefer                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr           Page 1 of 1          Date Rcvd: Jan 12, 2017
                              Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
13937579        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,    Attn: Bankruptcy Department,
                 P O Box 630267,    Irving, TX 75063)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
           ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    LSF9 Mortgage Holdings, LLC, FHA/VA/RHS: NATIONSTAR
           MORTGAGE LLC agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel P. Foster    on behalf of Debtor Charles R. Marhoefer  dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
           bkgroup@kmllawgroup.com
          Joseph A. Dessoye    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 9