**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Charles R. Marhoefer**
Debtor(s)

Bankruptcy Case No.: 14–10575–TPA

Chapter: 7
Docket No.: 91 – 90

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

      Ronda J. Winnecour has been removed as trustee from this case and will not receive any future notifications.

      The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: January 20, 2017

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-10575-TPA
Charles R. Marhoefer                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: gamr              Page 1 of 1           Date Rcvd: Jan 20, 2017
                               Form ID: 143            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2017.
tr              +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
           ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    LSF9 Mortgage Holdings, LLC, FHA/VA/RHS: NATIONSTAR
           MORTGAGE LLC agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel P. Foster    on behalf of Debtor Charles R. Marhoefer dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
           bkgroup@kmllawgroup.com
          John C. Melaragno, Trustee    johnm@mplegal.com,
           jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          Joseph A. Dessoye    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10