**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHARLES R. MARHOEFER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:14-10575 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/14/2014 and confirmed on 08/01/2014. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 14,625.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,620.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,425.32 | |
| Trustee Fee | 558.61 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,983.93 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 0.00 | 10,636.07 | 0.00 | 10,636.07 |
| Acct: 9050 | | | | |
| NATIONSTAR MORTGAGE LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7185 | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 22,648.75 | 0.00 | 0.00 | 0.00 |
| Acct: 9021 | | | | |
| | | | | 10,636.07 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES R. MARHOEFER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES R. MARHOEFER | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,565.00 | 3,425.32 | 0.00 | 0.00 |
| Acct: | | | | |

| 14-10575 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   PA DEPARTMENT OF REVENUE* | 917.86 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX EMP | | | | |
| | ***NONE*** | | | |
| Unsecured | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2063 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4937 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1968 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1967 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6762 | | | | |
|   PENNSYLVANIA ELECTRIC/PENELEC - A F | 17,360.24 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX9551 | | | | |
|   NATIONAL FUEL GAS DISTRIB CORP | 5,276.90 | 0.00 | 0.00 | 0.00 |
|     Acct: 9595 | | | | |
|   PA DEPARTMENT OF REVENUE* | 525.26 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX EMP | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALEXANDRA T GARCIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                       10,636.07

  TOTAL CLAIMED
PRIORITY               917.86
SECURED            22,648.75
UNSECURED       23.162.40

Date: 02/01/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com