**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-10575-TPA |
| | : | |
| **Charles R Marhoefer,** | : | CHAPTER 7 |
|      Debtor, | : | |
| | : | DOCKET NO.: |
| _____ | : | |
| **Charles R Marheofer,** | : | |
|      Movant, | : | |
| | : | |
|      vs. | : | |
| | : | |
| **John C Melaragno, Esquire,** | : | |
|      **Chapter 7 Trustee,** | : | |
|      Respondent. | : | |

**DEBTOR'S RESPONSE TO CONVERSION ORDER**

1.) Schedule J was amended to reflect current monthly expenditures.

2.) Statement of Financial Affairs was updated to reflect disbursements made to the office for the conversion.

3.) Statement of Intentions was filed with the Conversion Report.

*4.)* Disclosure of Attorney Compensation has been updated to reflect legal fees accepted for Chapter 7 representation.

                                                            Respectfully submitted,

Date: February 3, 2017                                      /s/ Daniel P. Foster
                                                            Daniel P. Foster, Esquire
                                                            PA I.D. # 92376
                                                            Foster Law Offices
                                                            Post Office Box 966
                                                            Meadville, PA  16355
                                                            Tel: 814.724.1165
                                                            Fax: 814.724.1165
                                                            Email: dan@mrdebtbuster.com
                                                            Attorney for Debtor