**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)**

| | |
|---|---|
| IN RE:<br>**CHARLES R. MARHOEFER**<br>　　　　　Debtor<br><br>**LSF9 MASTER PARTICIPATION TRUST**<br>　　　　　Movant<br>　　　　　v.<br>**CHARLES R. MARHOEFER**<br>**LINDA NELSON (Non-filing Co-Debtor)**<br>　　　　　and<br>**JOHN C. MELARAGNO, ESQUIRE**<br>**(TRUSTEE)**<br>　　　　　Respondents | BK. No. 14-10575 TPA<br><br>Chapter No. 7<br><br>Document No.<br><br>Hearing Date: APRIL 17, 2017<br><br>Hearing Time: 11:00 am<br><br>Objection Date: MARCH 20, 2017 |

**CERTIFICATE OF SERVICE OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

　　　　I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on February 28, 2017.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| JOHN C. MELARAGNO, TRUSTEE<br>502 WEST 7TH STREET<br>ERIE, PA 16502<br>JOHNM@MPLEGAL.COM<br><br>DANIEL P. FOSTER, ESQUIRE<br>PO BOX 966<br>MEADVILLE, PA 16335<br>dan@mrdebtbuster.com | CHARLES R. MARHOEFER<br>13143 WEST LAKE ROAD<br>EAST SPRINGFIELD, PA 16411<br><br>LINDA NELSON<br>13143 WEST LAKE ROAD<br>EAST SPRINGFIELD, PA 16411 |

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com

February 28, 2017