**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 14−10575−TPA**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Charles R. Marhoefer
   13143 West Lake Road
   East Springfield, PA 16411

Social Security No.:
   xxx−xx−0042

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335<br>Telephone number:  814.724.1165 | John C. Melaragno, Trustee<br>502 West 7th Street.<br>Erie, PA 16502<br>Telephone number:  814−459−5557 |

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
April 5, 2017
10:30 AM
Bankruptcy Court Conference Room B110, U.S.
Courthouse, 17 South Park Row, Erie, PA 16501

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY
THE CASE SHOULD NOT BE DISMISSED.**

Dated: 3/3/17                                                                                   BY THE COURT

                                                                                                Thomas P. Agresti
                                                                                                Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Charles R. Marhoefer
    Debtor

Case No. 14-10575-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 2     Date Rcvd: Mar 03, 2017
                      Form ID: rsc     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.
```
db             +Charles R. Marhoefer,    13143 West Lake Road,    East Springfield, PA 16411-9309
cr             +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13853362       +Creditech / Cbalv,    Attn: Collections,    Po Box 99,    Bangor, PA 18013-0099
14348441       +LSF9 Master Participation Trust,    C/O Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13853365      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13874593       +Penelec A FirstEnergy Company,    First Energy Corp,    331 Newman Springs Road, Building 3,
                 Red Bank NJ 07701-5688
13853367       +Saint Vincent Institute,    3530 Peach Street,    LL 1,    Erie, PA 16508-2768
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2017 01:28:59     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13853363       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 04 2017 01:29:15     First Energy,
                 Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
13853364       +E-mail/Text: Bankruptcy@natfuel.com Mar 04 2017 01:29:13     National Fuel,    1100 State Street,
                 Erie, PA 16501-1912
13874783        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2017 01:28:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
13868690       +E-mail/Text: paul.cressman@phelanhallinan.com Mar 04 2017 01:29:25     Phelan Hallinan LLP,
                 1617 JFK Boulevard,    Suite 1400,    One Penn Center Plaza,    Phildelphia PA 19103-1814
                                                                                               TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FEDERAL HOME LOAN MORTGAGE CORPORATION
cr              LSF9 Master Participation Trust
cr              LSF9 Mortgage Holdings, LLC, FHA/VA/RHS: NATIONSTA
cr              Nationstar Mortgage LLC
13868689*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville TX 75067)
13937579*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    Attn: Bankruptcy Department,
                 P O Box 630267,    Irving, TX 75063)
13853366      ##+Prompt Recovery,    9347 Ravenna Road,    Suite G,    Twinsburg, OH 44087-2463
                                                                                    TOTALS: 4, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1          User: gamr              Page 2 of 2              Date Rcvd: Mar 03, 2017
                              Form ID: rsc            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:

          Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com

          Andrew F Gornall    on behalf of Creditor    LSF9 Mortgage Holdings, LLC, FHA/VA/RHS: NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

          Andrew F Gornall    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

          Daniel P. Foster    on behalf of Debtor Charles R. Marhoefer dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com

          James Warmbrodt    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION bkgroup@kmllawgroup.com

          James A. Prostko    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com, james.prostko@phelanhallinan.com

          John C. Melaragno, Trustee    johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com

          Joseph A. Dessoye    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com

          Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com, joseph.schalk@phelanhallinan.com

          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

          TOTAL: 10