IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Charles R Marhoefer**<br><br>Debtor<br><br>**Charles R Marhoefer**<br><br>Movant<br><br>v.<br><br>No Respondent | : : : : : : : : : : : : : : | Bankruptcy No. **14-10575**<br><br>Chapter **7**<br><br>Related to Document No. |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Daniel P. Foster PA 92376**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Daniel P. Foster PA**
Signature
**Daniel P. Foster PA 92376**
Typed Name
**PO Box 966**
**Meadville, PA 16335**
Address
**814.724.1165 Fax:814.724.1158**
Phone No.
**92376**
List Bar I.D. and State of Admission

DirecTV LLC
Attn: Bankruptcies
PO Box 6550
Englewood, CO 80155

Dish Network
9601 South Meridian Boulevard
Englewood, CO 80112

Time Warner Cable
60 Columbus Circle
New York, NY 10023