**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-10575-TPA |
| | : | |
| **Charles R Marhoefer,** | : | CHAPTER 7 |
| Debtor, | : | |
| | : | DOCKET NO.: |
| **Charles R Marhoefer,** | : | |
| Movant, | : | HEARING DATE & TIME: |
| | : | April 5, 2017 |
| vs. | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| **John C Melaragno, Esquire,** | : | |
| **Chapter 7 Trustee** | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order regarding Amendment to Schedule F (Amendment and 341 Hearing Notice served previously on March 15, 2017) by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **March 17, 2017**               By: */s/ Clarissa Bayhurst*
                                                                                   Clarissa Bayhurst, PARALEGAL
                                                                                   FOSTER LAW OFFICES
                                                                                   PO Box 966
                                                                                   Meadville, PA 16335
                                                                                   Tel 814.724.1165
                                                                                   Fax 814.724.1158

Charles R Marhoefer
13143 West Lake Road
East Springfield, PA 16411

John C. Melaragno, Trustee
502 West 7th Street.
Erie, PA 16502

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

DirecTV LLC
Attn: Bankruptcies
PO Box 6550
Englewood, CO 80155

Dish Network
9601 South Meridian Boulevard
Englewood, CO 80112

Time Warner Cable
60 Columbus Circle
New York, NY 10023