Form 006

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Charles R. Marhoefer** | : | Case No. 14–10575–TPA |
| *Debtor(s)* | : | |
| | : | Chapter: 7 |
| | : | |
| | : | |
| | : | |

### <u>ORDER</u>

   ***AND NOW,*** this ***16th day of March, 2017***, the Debtor(s) having filed an ***Amendment to Schedule F*** filed on **March 15, 2017**

   It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

   (1) The Debtor(s) shall ***immediately*** serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

   (2) On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

   (3) ***On or before April 17, 2017 or the date set forth in the Section 341 Meeting Notice***, whichever is later, any ***Objection to Discharge*** (if applicable), ***Request for a 341 Meeting*** (if applicable), and/or ***Objections to Exemptions*** shall be filed.

   (4) If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

   (5) ***FAILURE TO SERVE*** the appropriate documents and file a timely ***Certificate of Service*** will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

   (6) If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

cm: Debtor

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-10575-TPA
Charles R. Marhoefer                                                Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar          Page 1 of 1          Date Rcvd: Mar 16, 2017
                             Form ID: 006         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2017.
db            +Charles R. Marhoefer,     13143 West Lake Road,    East Springfield, PA 16411-9309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia   on behalf of Creditor   LSF9 Master Participation Trust
           ecfmail@mwc-law.com
          Andrew F Gornall   on behalf of Creditor   FEDERAL HOME LOAN MORTGAGE CORPORATION
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall   on behalf of Creditor   LSF9 Mortgage Holdings, LLC, FHA/VA/RHS: NATIONSTAR
           MORTGAGE LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel P. Foster   on behalf of Debtor Charles R. Marhoefer dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt   on behalf of Creditor   FEDERAL HOME LOAN MORTGAGE CORPORATION
           bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          John C. Melaragno, Trustee   johnm@mplegal.com,
           jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          Joseph A. Dessoye   on behalf of Creditor   Nationstar Mortgage LLC pawb@fedphe.com
          Joseph P. Schalk   on behalf of Creditor   Nationstar Mortgage LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
                                                                          TOTAL: 10