# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| IN RE:<br>**CHARLES R. MARHOEFER**<br>　　　　　Debtor<br><br>**LSF9 MASTER PARTICIPATION TRUST**<br>　　　　　Movant<br>　　　v.<br>**CHARLES R. MARHOEFER**<br>**LINDA NELSON (Non-filing Co-Debtor)**<br>　　　　and<br>**JOHN C. MELARAGNO, ESQUIRE**<br>**(TRUSTEE)**<br>　　　　　Respondents | BK. No. 14-10575 TPA<br><br>Chapter No. 7<br><br>Related to Document No. 104<br><br>Hearing Date: APRIL 17, 2017<br><br>Hearing Time: 11:00 am<br><br>Objection Date: MARCH 20, 2017 |

## CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 104

　　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on February 28, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than March 20, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

| | |
|---|---|
| Dated: March 23, 2017 | /s/ James A. Prostko, Esquire<br>James A. Prostko, Esq., Id. No.27221<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219<br>Phone Number: 215-563-7000 Ext 31501<br>Fax Number: 215-568-7616<br>Email: james.prostko@phelanhallinan.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)**

| | | |
|---|---|---|
| IN RE: | : | |
| **CHARLES R. MARHOEFER** | : | BK. No. 14-10575 TPA |
| Debtor | : | |
| | : | Chapter No. 7 |
| **LSF9 MASTER PARTICIPATION TRUST** | : | |
| Movant | : | Related to Document No. 104 |
| v. | : | |
| **CHARLES R. MARHOEFER** | : | Hearing Date: APRIL 17, 2017 |
| **LINDA NELSON (Non-filing Co-Debtor)** | : | |
| and | : | Hearing Time: 11:00 am |
| **JOHN C. MELARAGNO, ESQUIRE (TRUSTEE)** | : | |
| Respondents | : | Objection Date: MARCH 20, 2017 |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on March 23, 2017.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

Service by Electronic Notification
JOHN C. MELARAGNO, TRUSTEE
502 WEST 7TH STREET
ERIE, PA 16502
JOHNM@MPLEGAL.COM

DANIEL P. FOSTER, ESQUIRE
PO BOX 966
MEADVILLE, PA 16335
dan@mrdebtbuster.com

Service by First Class Mail
CHARLES R. MARHOEFER
13143 WEST LAKE ROAD
EAST SPRINGFIELD, PA 16411

LINDA NELSON
13143 WEST LAKE ROAD
EAST SPRINGFIELD, PA 16411

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service: electronic means or first class mail

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com