FILED
3/24/17 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| IN RE:<br>**CHARLES R. MARHOEFER**<br>Debtor | BK. No. 14-10575 TPA<br><br>Chapter No. 7 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>Movant<br>v.<br>**CHARLES R. MARHOEFER**<br>**LINDA NELSON (Non-filing Co-Debtor)**<br>and<br>**JOHN C. MELARAGNO, ESQUIRE**<br>**(TRUSTEE)**<br>Respondents | Document No. 104<br><br>Hearing Date: APRIL 17, 2017<br><br>Hearing Time: 11:00 am<br><br>Objection Date: MARCH 20, 2017 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 24th day of March, 2017, upon Motion of **LSF9 MASTER PARTICIPATION TRUST** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to premises, 13143 WEST LAKE ROAD, EAST SPRINGFIELD, PA 16411, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises.

_____
THOMAS P. AGRESTI       jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-10575-TPA
Charles R. Marhoefer                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: mgut            Page 1 of 1         Date Rcvd: Mar 24, 2017
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
db          +Charles R. Marhoefer,   13143 West Lake Road,   East Springfield, PA 16411-9309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
    Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
     ecfmail@mwc-law.com
    Andrew F Gornall    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
     agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Andrew F Gornall    on behalf of Creditor    LSF9 Mortgage Holdings, LLC, FHA/VA/RHS: NATIONSTAR
     MORTGAGE LLC agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Daniel P. Foster    on behalf of Debtor Charles R. Marhoefer dan@mrdebtbuster.com,
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
    James Warmbrodt    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
     bkgroup@kmllawgroup.com
    James A. Prostko    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com,
     james.prostko@phelanhallinan.com
    John C. Melaragno, Trustee    johnm@mplegal.com,
     jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
    Joseph A. Dessoye    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
    Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
     joseph.schalk@phelanhallinan.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                                                     TOTAL: 10