**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles R. Marhoefer** | Social Security number or ITIN | **xxx–xx–0042** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN | _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **14–10575–TPA**

---

# Order of Discharge                                                                                        12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles R. Marhoefer

<u>5/3/17</u>                                                                 **By the court:**   <u>Thomas P. Agresti</u>
                                                                                                                                United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-10575-TPA
Charles R. Marhoefer                                                Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: gamr              Page 1 of 2               Date Rcvd: May 03, 2017
                              Form ID: 318            Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
```
db             +Charles R. Marhoefer,    13143 West Lake Road,    East Springfield, PA 16411-9309
cr             +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13853362       +Creditech / Cbalv,    Attn: Collections,    Po Box 99,    Bangor, PA 18013-0099
14348441       +LSF9 Master Participation Trust,    C/O Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13853365      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13874593       +Penelec A FirstEnergy Company,    First Energy Corp,    331 Newman Springs Road, Building 3,
                 Red Bank NJ 07701-5688
13853367       +Saint Vincent Institute,    3530 Peach Street,    LL 1,    Erie, PA 16508-2768
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: jmelaragno@iq7technology.com May 04 2017 00:54:07     John C. Melaragno, Trustee,
                 502 West 7th Street.,    Erie, PA 16502-1333
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 04 2017 00:53:24      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14381749        EDI: DIRECTV.COM May 04 2017 00:53:00      DirecTV LLC,    Attn: Bankruptcies,    PO Box 6550,
                 Englewood, CO 80155
14381750       +EDI: ESSL.COM May 04 2017 00:53:00      Dish Network,    9601 South Meridian Boulevard,
                 Englewood, CO 80112-5905
13853363       +E-mail/Text: bankruptcy@firstenergycorp.com May 04 2017 00:53:41     First Energy,
                 Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
13853364       +E-mail/Text: Bankruptcy@natfuel.com May 04 2017 00:53:39      National Fuel,    1100 State Street,
                 Erie, PA 16501-1912
13874783        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 04 2017 00:53:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA   17128-0946
13868690       +E-mail/Text: paul.cressman@phelanhallinan.com May 04 2017 00:53:54      Phelan Hallinan LLP,
                 1617 JFK Boulevard,    Suite 1400,    One Penn Center Plaza,    Phildelphia PA 19103-1814
14381751       +E-mail/Text: DL-ICOMSBankruptcy@charter.com May 04 2017 00:53:53      Time Warner Cable,
                 60 Columbus Circle,    New York, NY 10023-5860
                                                                                              TOTAL: 9
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FEDERAL HOME LOAN MORTGAGE CORPORATION
cr              LSF9 Master Participation Trust
cr              LSF9 Mortgage Holdings, LLC, FHA/VA/RHS: NATIONSTA
cr              Nationstar Mortgage LLC
aty*           +John C. Melaragno, Trustee,    502 West 7th Street.,    Erie, PA 16502-1333
13868689*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13937579*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    Attn: Bankruptcy Department,
                 P O Box 630267,    Irving, TX 75063)
13853366     ##+Prompt Recovery,    9347 Ravenna Road,    Suite G,    Twinsburg, OH 44087-2463
                                                                                 TOTALS: 4, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                         Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: gamr               Page 2 of 2          Date Rcvd: May 03, 2017
                              Form ID: 318             Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    LSF9 Mortgage Holdings, LLC, FHA/VA/RHS: NATIONSTAR
               MORTGAGE LLC agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Debtor Charles R. Marhoefer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Joseph A. Dessoye    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 11
```